

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE NUMICO N.V. and NUTRICIA USA, INC., as successor to NUTRICIA UTAH, L.P.,<br><br>    Plaintiffs,<br><br>v.<br><br>KEB ENTERPRISES, L.P., MADELEINE L.L.C., G³ HOLDING 1, L.C., NUTRITIONAL SUPPLEMENT INVESTORS L.L.C., VLE IX, LTD., WINDRIVER CAPITAL LIMITED/ICGL, DAB INVESTMENTS, L.P., GLENN J. BOSCHETTO, KENNETH and LINDA BRAILSFORD, S. PETER EHRICH, BLAKE H. LARSEN, CALVIN W. MCCAUSLAND, ANDREY SHORIN, KURT B. LARSEN, STEVEN C. APPLE, G. PAULO BANGERTER, VLADIMIR BANKIN, BARRY BARNUM, RICHARD and WENDY BIZZARO, BARRY C. BORTHISTLE, JOHN ROBERT BRAILSFORD, KENNETH RAY BRAILSFORD, REBECCA BRAILSFORD, STEVEN JAMES BRAILSFORD, NOLAN L. BUTTARS, SANDY and ANN COLEMAN, SANDY COLEMAN, SHERI B. CUTLER, DWAYNE L. DYER, PAUL T. FRAMPTON, AARON GARRITY, DAVID J. HAWKINS, SPENCER K. HILL, LISA B. JANDA, JAMES A. KOSSERT, KENT W. LARSEN, THOMAS W. MACDONALD, DAVID MASTROIANNI, GORDON MORTON, JR., RONALD S. OTTERSTROM, BARBRA D. SHARPE, DAVID SHURTLIFF, DENNIS G. SMITH, CATHERINE STRINGHAM and WILLIAM STRINGHAM,<br><br>    Defendants. | C.A. No. 02-CV-1529 (GMS) |

## STIPULATION OF DISMISSAL

DEL1 53989-1

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, Koninklijke Numico N.V., *et al.* and defendants, KEB Enterprises, L.P., *et al.*, subject to the approval of the Court, that this action be dismissed with prejudice, each party to bear its own costs.

| KONINKLIJKE NUMICO N.V., *et al.* | KEB ENTERPRISES, L.P., *et al.* |
|---|---|
| *(signature)* | *(signature)* |
| Kevin G. Abrams, Esq. (I.D. No. 2375) | David S. Eagle, Esq. (I.D. 3387) |
| Thad J. Bracegirdle, Esq. (I.D. No. 3691) | Denise S. Kraft, Esq. (I.D. No. 2778) |
| RICHARDS, LAYTON & FINGER, P.A. | KLEHR, HARRISON, HARVEY, |
| One Rodney Square, P.O. Box 551 | BRANZBURG & ELLERS, LLP |
| Wilmington, DE 19899 | 919 Market Street, Suite 1000 |
| Telephone: 302/658-6541 | Wilmington, DE 19801-3062 |
| Facsimile: 302/658-6548 | Telephone: 302/426-1189 |
| | Facsimile: 302/426-9193 |
| Karen P. Layng, Esq. | Howard O. Godnick, Esq. |
| Bruce A. Radke, Esq. | William H. Gussman, Jr., Esq. |
| VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. | SCHULTE, ROTH & ZABEL, LLP |
| 222 North LaSalle Street, Suite 2300 | 919 Third Avenue |
| Chicago, IL 60601-1003 | New York, NY 10022 |
| Telephone: 312/609-7500 | Telephone: 212/7562000 |
| Facsimile: 312/609-5005 | Facsimile: 212/593-5955 |

SO ORDERED this 21st day of Oct., 2003.

*(signature)*
Honorable Gregory M. Sleet

DEL1 53989-1

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2003 OCT 20 PM 4:24